it was irregular; and therefore the reading of it in evidence must be overruled.

Messrs. Ingersoll and C. Smith, *pro quer.*

Messrs. Kittera and M. Barton, *pro def.*

## Lessee of Joseph Peelet *against* George Hess.

Where plaintiff has issued his distringas, and given notice of trial, the defendant is not bound under his distringas by proviso, to give notice of trial.

THE plaintiff had issued a distringas and given notice of trial; the defendant had issued a distringas by proviso, but gave no notice; and the plaintiff objected to the defendant's bringing on the cause.

*Per Cur.* This point has been frequently determined under the 47th rule for regulating the practice of this court.

The rule was made to prevent surprize; but surprize cannot be pretended by the party who has himself given written notice of trial.

*303]   *The plaintiff then made affidavit of the absence of a material witness duly subpœnaed, whereupon the cause was postponed.

Messrs. Montgomery and Hopkins, *pro quer.*

Messrs. Kittera and C. Smith, *pro def.*